37 So.3d 346 (2010)
Ashgar RADJAI, Appellant,
v.
4400 UNIVERSITY LTD. PARTNERSHIP, a Florida Limited Partnership, Appellee.
No. 4D08-4561.
District Court of Appeal of Florida, Fourth District.
May 12, 2010.
Diane H. Tutt of Diane H. Tutt, P.A., Davie, and Lawrence J. Bohannon of Lawrence J. Bohannon, P.A., Fort Lauderdale, for appellant.
Lisa C. Cicero of Douberley & Cicero, Sunrise, for appellee.
*347 PER CURIAM.
Affirmed. See City of Melbourne v. Dunn, 841 So.2d 504 (Fla. 5th DCA 2003).
CIKLIN, GERBER, JJ., and COX, JACK S., Associate Judge, concur.